UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Robert Ivers,  Case No. 15-cv-1577 (WMW/BRT)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

CMFG Life Insurance Company,
*d/b/a* CUNA Mutual Group,

    Defendant.

---

This matter is before the Court on the August 12, 2016 Report and Recommendation of United States Magistrate Judge Becky R. Thorson. (Dkt. 79.) No objections to the Report and Recommendation have been filed in the time period permitted.

Based on the Report and Recommendation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

    1.    The August 12, 2016 Report and Recommendation, (Dkt. 79), is **ADOPTED**.

    2.    Plaintiff's construed motion for summary judgment, (Dkts. 57, 59), is **DENIED**.

    3.    Defendant's motion for summary judgment, (Dkt. 60), is **DENIED** as to Plaintiff's claim for breach of contract and Defendant's claim for rescission.

4. Defendant's motion for summary judgment, (Dkt. 60), is **GRANTED** as to Plaintiff's claims for promissory estoppel, equitable estoppel and unjust enrichment, and those claims are **DISMISSED WITH PREJUDICE**.

5. Plaintiff is admonished to refrain from engaging in harassing, vulgar or unprofessional conduct or communication with Defendant or its counsel as described in page 20, footnote four of the August 12, 2016 Report and Recommendation.

Dated:  September 30, 2016               s/Wilhelmina M. Wright
                                         Wilhelmina M. Wright
                                         United States District Judge