## UNITED STATES DISTRICT COURT
### District of Minnesota

Robert Ivers

Plaintiff(s),

v.

CMFG Life Insurance Company, d/b/a
CUNA Mutual Group

Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 15-1577 WMW/BRT

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. Defendant CMFG Life Insurance Company, d/b/a CUNA Mutual Group's counterclaim to rescind Term Life Insurance Policy NJ7892177 and Term Life Insurance Policy NJ7978554, (Dkt. 7), is GRANTED and these policies are RESCINDED.

2. Plaintiff Robert Ivers's claim for breach of contract, (Dkt. 1-1), is DENIED.

3. Because the parties did not address the issue of refunding premium payments—and because it appears that CMFG previously refunded these premiums to Ivers—the Court need not address this issue.

Date: 6/30/2017

RICHARD D. SLETTEN, CLERK

s/A. Linner
(By)   A. Linner, Deputy Clerk